UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------x
AISHIA PETERSEN,

                Plaintiff,

    - against -                Case No. 0:20-cv-62333

GUCCI AMERICA, INC.,

                Defendant.
------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff **AISHIA PETERSEN** ("Plaintiff"), and GUCCI AMERICA, INC., ("Defendant" or "Gucci") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: December 20, 2020.

By: ____s/ Acacia Barros, Esq.____
   Acacia Barros, Esq.
   Florida Bar No. 106277
   E-mail: ab@barroslawfirm.com
   ACACIA BARROS, P.A.
   11120 N. Kendall Drive, Suite 201
   Miami, Florida 33176
   Telephone: (305) 639-8381
   Facsimile: (786) 364-7327
   *Attorney for Plaintiff*

By: */s/*_____
   John Houston Pope, Esq.
   Florida Bar No. 968595
   **EPSTEIN BECKER & GREEN, P.C.**
   1 Beach Dr. SE, Suite 303
   St. Petersburg, FL 33701
   Tel: (888) 503-8320
   JHPope@ebglaw.com
   -and-
   875 Third Avenue
   New York, NY 10022
   Tel: (212) 351-4500
   Fax: (212) 878-8600

   *Attorney for Defendant*