UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-62333-CIV-SINGHAL

AISHIA PETERSEN,

    Plaintiff,

v.

GUCCI AMERICA, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [6]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of December 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF